**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-----------------------------------------------------------X

CLAUDETTE C. MILLER and WILLIAM MILLER, her husband,

                Plaintiff,

v.

MONTEZ A. JACKSON, USA TRUCK INC., JOHN DOE 1-X (said names being fictitious, true names presently unknown); ABC CORP. 1-X (said names being fictitious, true names presently unknown),

                Defendants.
-----------------------------------------------------------X

Civil Action No.: 17-cv-7984-FLW-DEA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties, that whereas no party hereto is an infant, incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is dismissed, without costs and with prejudice.

Dated: March 18, 2019

_____
DANIEL EPSTEIN, ESQ.
Epstein Ostrove, LLC
Attorneys for Plaintiffs
CLAUDETTE C. MILLER and WILLIAM MILLER, her husband
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817

6/13/19

_____
LORNE M. REITER, ESQ.
Law Offices of Lorne M. Reiter, LLC
Attorneys for Defendants
MONTEZ A. JACKSON and USA TRUCK INC.
124 First Avenue
Atlantic Highlands, NJ 07716