UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------X
CLAUDETTE C. MILLER and WILLIAM MILLER,
her husband,

                Plaintiff,

v.

MONTEZ A. JACKSON, USA TRUCK INC., JOHN DOE 1-X (said names being fictitious, true names presently unknown); ABC CORP. 1-X (said names being fictitious, true names presently unknown),

                Defendants.
---------------------------------------------------------X

Civil Action No.: 17-cv-7984-FLW-DEA

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties, that whereas no party hereto is an infant, incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is dismissed, without costs and with prejudice.

Dated: March 18, 2019

_____
DANIEL EPSTEIN, ESQ.
Epstein Ostrove, LLC
Attorneys for Plaintiffs
CLAUDETTE C. MILLER and WILLIAM MILLER, her husband
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817

6/13/19
_____
LORNE M. REITER, ESQ.
Law Offices of Lorne M. Reiter, LLC
Attorneys for Defendants
MONTEZ A. JACKSON and USA TRUCK INC.
124 First Avenue
Atlantic Highlands, NJ 07716

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J. 6-14-19